ACCEPTED
01-13-00349-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 5:04:24 PM
CHRISTOPHER PRINE
CLERK

**BRACEWELL & GIULIANI**

| | | |
|---|---|---|
| Texas | Sean Gorman | |
| New York | Partner | |
| Washington, DC | | |
| Connecticut | 713.221.1221 Office | |
| Seattle | 800.404.3970 Fax | |
| Dubai | sean.gorman@bgllp.com | |
| London | | |

Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas
77002-2770

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 5:04:24 PM
CHRISTOPHER A. PRINE
Clerk

June 1, 2015

Mr. Christopher A. Prine                                    ***By E-File***
Clerk, First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

Re: Case No. 01-13-00349-CV; *Brenham Oil & Gas, Inc. v. ENI S.p.A.*; In the Court of Appeals for the First Judicial District of Texas

Dear Mr. Prine:

I am counsel for Appellee, ENI S.p.A., in the above-referenced case. I have changed firms. Please update your records with my new contact information:

Sean Gorman
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: 713-221-1221
Facsimile: 800-404-3970
Email: sean.gorman@bgllp.com

Additionally, please add Yvonne Y. Ho, also with Bracewell & Giuliani LLP, as co-counsel for Appellee. Her contact information is as follows:

Yvonne Y. Ho
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: 713-221-1369
Facsimile: 800-404-3970
Email: yvonne.ho@bgllp.com


Thank you for your assistance.

Very truly yours,

Sean Gorman

SG/slw

cc:  Mr. Rand P. Nolen                                              *By E-File*
     Mr. George M. Fleming
     Mr. G. Sean Jez
     Ms. Jessica A. Kasischke
     Ms. Kelsey L. Stokes
     FLEMING, NOLEN & JEZ, LLP
     2800 Post Oak Blvd., Suite 4000
     Houston, TX  77056

     Mr. Peter Scaff                                                *By E-File*
     Ms. Rhonda Reed Weiner
     GARDERE WYNNE SEWELL LLP
     650 Poydras St., Suite 1800
     New Orleans, LA  70130-6146

#4905304.1